# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2797

_____

Wilburn A. Henderson,    *
                         *
        Appellant,       *
                         *    Appeal from the United States
    v.                   *    District Court for the
                         *    Eastern District of Arkansas.
Larry Norris, Director, Arkansas    *
Department of Corrections; Gregory D.    *    [UNPUBLISHED]
Harmon, Warden, Tucker Maximum    *
Security Unit; John Does 1, 2, 3 and 4,    *
                         *
        Appellees.       *
                         *

_____

Submitted: July 8, 1998
Filed: July 8, 1998

_____

Before McMILLIAN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Wilburn Henderson, an Arkansas inmate under sentence of death, appeals the district court's dismissal of his claim under 42 U.S.C. § 1983. He has also moved for a stay of execution pending appeal. Henderson claims that prison officials violated the First, Fourth, Fifth, and Sixth Amendments when they allegedly interfered with Henderson's communications with his attorneys. We have carefully reviewed the submissions of the parties, including all of Henderson's allegations, and the opinion

of the district court, and find Henderson's claims to be meritless.  Therefore, the decision of the district court is affirmed and Henderson's motion for a stay of execution is denied.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.